IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 10-00184 SEK |
|---|---|
| JOSE M MERCADO PEREZ | CHAPTER 13 |
| DEBTOR(S) | |

## OBJECTION TO CLAIM NUMBER #9 FILED BY ASUME

TO THE HONORABLE COURT:

Comes now debtor represented by the undersigned attorney, and respectfully states and prays:

1. That a claim #1 was filed in order to give provision for priority debt and insure disbursements to Asume. (Claim #1)

2. That Asume filed a priority claim in the amount of $4,736.90 of arrears with debtors child support. (Claim #9)

3. Debtors objects to claim number #9 since the claim has been totally paid.

4. That Asume has received partial payments from debtors tax refunds that were supposed to be used to fund the plan (See notifications)

5. That the Chapter 13 Trustee has not yet disburse any amount to creditor (See trustee's report)

6. That debtor is up to date with his post petition DSO payments.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order disallowing claim number 9 filed by Asume.

## NOTICE

You are hereby notified that unless an objection is filed within twenty one (21) days from service of this motion, the court may enter

an order disallowing your claim.  If a timely objection is filed, the court shall schedule a hearing accordingly.

In San Juan, Puerto Rico, this 14th day of June 2011.

I HEREBY CERTIFY that the foregoing document has been electronically filed using the CM/ECF electronic filing system, which will give notice to Chapter 13 Trustee; and to all CM/ECF participants, and by mail to all creditors and parties in interest as per the attached master address list.

| | |
|---|---|
| ASUME<br>P O BOX 71316<br>SAN JUAN PR 00936 | JPC LAW OFFICE<br><br>Jose M Prieto Carballo, Esq<br>P.O. Box 363565<br>San Juan, P.R. 00936-3565<br>Tel (787) 607-2066 & Tel (787) 607-2166<br>jpc@jpclawpr.com<br><br>By: /s/ Jose M Prieto Carballo, Esq. |