IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 10-00184 SEK |
|---|---|
| JOSE M MERCADO PEREZ | CHAPTER 13 |
| DEBTOR(S) | |

## AMENDED OBJECTION TO CLAIM NUMBER #6 FILED BY ASUME

TO THE HONORABLE COURT:

Comes now debtor represented by the undersigned attorney, and respectfully states and prays:

1. That a claim #1 was filed in order to give provision for priority debt and insure disbursements to Asume. (Claim #1)

2. That Asume filed a priority claim in the amount of $4,736.90 of arrears with debtors child support. (Claim #6)

3. Debtors objects to claim number #6 since the claim has been totally paid.

4. That Asume has received partial payments from debtors tax refunds that were supposed to be used to fund the plan (See notifications)

5. That the Chapter 13 Trustee has not yet disburse any amount to creditor (See trustee's report)

6. That debtor is up to date with his post petition DSO payments.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order disallowing claim number 6 filed by Asume.

## NOTICE

You are hereby notified that unless an objection is filed within twenty one (21) days from service of this motion, the court may enter

an order disallowing your claim.  If a timely objection is filed, the court shall schedule a hearing accordingly.

In San  Juan, Puerto Rico, this 14th day of June 2011.

I HEREBY CERTIFY that the foregoing document has been electronically filed using the CM/ECF electronic filing system, which will give notice to Chapter 13 Trustee; and to all CM/ECF participants, and by mail to all creditors and parties in interest as per the attached master address list.

| | |
|---|---|
| ASUME<br>P O BOX 71316<br>SAN JUAN PR 00936 | JPC LAW OFFICE<br><br>Jose M Prieto Carballo, Esq<br>P.O. Box 363565<br>San Juan, P.R. 00936-3565<br>Tel (787) 607-2066 & Tel (787) 607-2166<br>jpc@jpclawpr.com<br><br>By: /s/ Jose M Prieto Carballo,  Esq. |

13Software   http://66.194.155.139/13netv3/PrintInquiry.aspx?progskip=~&prtd=1

**PRINT INQUIRY** — Close Window — Click Here to Print this Page

**10-00184-SEK**  JOSE M MERCADO PEREZ (xxx-xx-6262)  JARDINES DE TOA ALTA • 280 CALLE 7 • TOA ALTA • PR • 00953   $160.00 MO

| Bar Date(s): | 5/26/2010 (has passed) 7/13/2010 (has passed) |
|---|---|
| Confirmed: | 4/14/2010 |
| Case Status: | ACTIVE |

Trustee: José R. Carrión       Attorney: JOSE M PRIETO CARBALLO*

## Payee Summary

| | |
|---|---|
| Number of Claims | 11 |
| Total Amount Claimed | $30,002.68 |
| Total Amount Scheduled | $7,941.45 |
| Total Principal Paid | $2,208.80 |
| Total Principal Owed | $27,793.88 |
| Total Principal Due | $0.00 |
| Total Interest Paid | $0.00 |
| Total Interest Due | $0.00 |



### Claim Breakdown

| | Priority | Secured | Unsecured | Other |
|---|---|---|---|---|
| Claimed | $7,260.90 | $0.00 | $22,741.78 | |
| Scheduled | $7,131.45 | $560.00 | $250.00 | |
| Principal Paid | $2,208.80 | $0.00 | $0.00 | |
| Principal Owed | $5,052.10 | $0.00 | $22,741.78 | |
| Principal Due | $0.00 | $0.00 | $0.00 | |
| Interest Paid | $0.00 | $0.00 | $0.00 | |
| Interest Due | $0.00 | $0.00 | $0.00 | |
| Monthly Payment | $0.00 | $0.00 | $0.00 | |
| Collateral | $0.00 | $0.00 | $0.00 | |

### Claims Listing

| Name (Acct) | Clm# | Filed | Desc | Type | Level | Mo Pymt | Prin Paid | Prin Owed | Clm Amt | Schd Amt | % Paid | Rsv | Int Rate | Int Paid | Int Due | Cont Flag | No Cost | No Chk | Rsv Flag | Spc Flag | Stop Disb | Prin Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CENTENNIAL (6262) | 1 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $560.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| ASUME (xxxxxxxx9589) | 3 | ⓘ | CHILD SUPPORT/ALIMONY ARREARS | C | 0 | $0.00 | $0.00 | $0.00 | $4,607.45 | $4,607.45 | | | | $0.00 | $0.00 | | | R | | | | $0.00 |
| YAHAIRA RUIZ VEGA | 4 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| ASUME (xxxxxxxx9589) | 9 | ⓘ | CHILD SUPPORT/ALIMONY ARREARS | C | 18 | $0.00 | $0.00 | $4,736.90 | $4,736.90 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PRT (6262) | 2 | ⓘ | UNSECURED | U | 33 | $0.00 | $0.00 | $224.88 | $224.88 | $250.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PRA RECEIVABLES MANAGEMENT LLC (0412) | 5 | ⓘ | UNSECURED | U | 33 | $0.00 | $0.00 | $1,817.38 | $1,817.38 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PALISADES COLLECTIONS LLC (5168) | 6 | ⓘ | UNSECURED | U | 33 | $0.00 | $0.00 | $627.07 | $627.07 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PALISADES COLLECTIONS LLC (0001) | 7 | ⓘ | UNSECURED | U | 33 | $0.00 | $0.00 | $3,784.53 | $3,784.53 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PALISADES COLLECTIONS LLC (5151) | 8 | ⓘ | UNSECURED | U | 33 | $0.00 | $0.00 | $5,085.21 | $5,085.21 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PR ACQUISITIONS LLC (3807) | 10 | ⓘ | UNSECURED | U | 33 | $0.00 | $0.00 | $11,202.71 | $11,202.71 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |

### Attorney Listing

| Name | Description | Level | Fee In Plan | Fee Paid Outside | Fee Paid to Date | Initial Amount | Monthly Payment | Fee Remaining |
|---|---|---|---|---|---|---|---|---|
| JOSE M PRIETO CARBALLO* | ATTORNEY FEE | 4 | $2,524.00 | $476.00 | $2,208.80 | $0.00 | $0.00 | $315.20 |

### Clerk Fees Listing
No Clerk Names have been established for to this case.

### Debtor Refund

| Name | Description | Level | Refund Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| JOSE M MERCADO PEREZ | DEBTOR REFUND | 0 | $0.00 | $0.00 | $0.00 |

### Claim Payout

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Notice / Filing Fees | | | | | |
| Secured | | | | | |
| Secured Arrears | | | | | |
| Unsecured | $22,741.78 | | $22,741.78 | $1,711.75 | $24,453.53 |
| Priority | $4,736.90 | | $4,736.90 | $356.54 | $5,093.44 |
| Attorney | $315.20 | | $315.20 | $23.72 | $338.92 |
| Continuing Debt Arrears | | | | | |
| Totals | $27,793.88 | | $27,793.88 | $2,092.01 | $29,885.89 |
| | | | | Balance on Hand | |
| | | | Totals Less Balance on Hand | | $29,885.89 |

1 of 2       6/14/2011 3:28 PM

Modelo SC 2696
11 abr 07



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Area de Rentas Internas

1 de junio de 2010

IIl...II...I.I...I.I....II....IIl..I...I.I.I.I..I.II...I.I..I
AUTO    C 001
JOSE M MERCADO PEREZ
JARD DE TOA ALTA
280 CALLE 7
TOA ALTA PR    00953-1825

Estimado(a) contribuyente:

La contribución pagada en exceso de su planilla de contribución sobre ingresos para el año contributivo abajo indicado se aplicó a deudas por concepto de pensión alimentaria vencidas, según lo dispuesto en el Artículo 26 de la Ley Orgánica de la Administración para el Sustento de Menores (ASUME) del Departamento de la Familia. El balance se le aplicó a deudas contributivas de años anteriores de acuerdo con lo dispuesto en la Sección 6011 del Código de Rentas Internas de Puerto Rico de 1994, según enmendado. De resultar un reintegro a su favor recibirá el mismo próximamente.

Cuenta: 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            Nómina: 00000062            Año Contributivo : 2009

|  |  |
|---|---|
| Monto de Reintegro: | $130.00 |
| Pagos ASUME: | $130.00 |
| Aplicado a Deudas Contributivas: | $0.00 |
| Reintegro Neto: | $0.00 |
| Balance Deudas Contributivas: | $0.00 |

Detalle de deudas contributivas a las que se les aplicó parte o todo el reintegro:

| *Tipo Cta. | Período | Principal | Intereses y Recargos | Total |
|---|---|---|---|---|
|  |  | $0.00 | $0.00 | $0.00 |

Esta carta no debe considerarse una certificación de deuda. La misma no refleja las deudas tasadas que no se consideraron al aplicar dicho reintegro. De tener deudas tasadas que no se reflejan en esta notificación deberá pagarlas lo antes posible para evitar una mayor acumulación de intereses. Usted puede obtener una certificación que detalle todas sus deudas en cualquiera de nuestras Colecturías.

De tener alguna pregunta sobre la deuda de pensión alimentaria a la que se le aplicó el reintegro, favor comunicarse con la oficina más cercana de ASUME.

De tener alguna duda, sobre su deuda contributiva favor comunicarse a los Centros de Servicio al Contribuyente (véase detalle al dorso). Para aclarar cualquier duda referente al tipo de cuenta 500 favor de comunicarse con el Negociado de Arbitrios Generales al (787)774-1419, 774-1129, 774-1426 ó por fax al 774-1652.

Cordialmente,                                                                                    *Ver detalle de tipo de cuenta al dorso

Director,
Negociado de Procesamiento de Planillas

DEPARTAMENTO DE LA FAMILIA
ADMINISTRACION PARA EL SUSTENTO DE MENORES
APARTADO 71414
SAN JUAN, PUERTO RICO 00936-8514

ESTADO DE CUENTA TRIMESTRAL A DICIEMBRE    DE 2010

FECHA DE EMITIDO   : 01-07-2011
PERIODO DEL ESTADO : OCTUBRE    A DICIEMBRE

CTRL: 066635    PAG.  1 DE  2
MERCADO JOSE MIGUEL (50)          NUM. SEG. SOC.    : XXX-XX-XXXX
JARD DE TOA ALTA
280 CALLE 7
TOA ALTA, PR 00953-1825

| CASO ASUME | NUM.CASO TRIBUNAL | PENSION ALIMENTA- RIA | FRECUENCIA DE PAGOS | PAGOS EFECTUADOS TRIMESTRE | | CANTIDAD ADEUDADA |
|---|---|---|---|---|---|---|
| 0309589 | 0309589 | 129.45 | MENSUAL | | | 4,077.61 |
| | | | | 10/06/10 | 245.21 | |
| | | | | 10/07/10 | 129.45 | |
| | | | | 10/19/10 | 284.08 | |
| | | | | 11/05/10 | 129.45 | |
| | | | | 12/07/10 | 129.45 | |

TOTAL ADEUDADO:       $4,077.61

LA LEY REQUIERE QUE PAGUE CON CHEQUE CERTIFICADO O GIRO POSTAL A  NOMBRE DEL
ADMINISTRADOR  DE  ASUME.  IDENTIFIQUE LOS PAGOS CON SU  NOMBRE,   NUMERO  DE
SEGURO SOCIAL Y NUMERO DE CASO DE ASUME.

SU PAGO DEBE ESTAR ACOMPANADO CON EL CUPON DEL MES CORRESPONDIENTE. SI SOME-
TE LA INFORMACION INCORRECTA EN SU PAGO ESTE  NO  PODRA  SER ACREDITADO A SU
CUENTA. PUEDE PAGAR POR CORREO O EN CUALQUIER  SURCURSAL  DEL  BANCO POPULAR.
EL PAGO POR CORREO DEBE HACERLO A LA DIRECCION  QUE  APARECE  EN  LA  PARTE
SUPERIOR DE ESTE DOCUMENTO. CUALQUIER PAGO REALIZADO CON POSTERIORIDAD A LA
FECHA DE  ESTE ESTADO  DE CUENTA  SE REFLEJARA  EN  EL  INFORME DEL  PROXIMO
TRIMESTRE.

ES POSIBLE QUE ESTE ESTADO DE CUENTA NO REFLEJE LAS MODIFICACIONES RECIENTES
EN SU PENSION ALIMENTARIA; REPRESENTA SU PAGO MENSUAL Y EL ATRASO  ACUMULADO
SEGUN EL SISTEMA DE INFORMACION A LA FECHA DEL TRIMESTRE ARRIBA INDICADO. EL
ESTADO DE CUENTA NO MODIFICA LAS CONDICIONES DE LA ORDEN DE ALIMENTOS ESTA -
BLECIDA. EL INCUMPLIMIENTO DE LA  ORDEN DEL TRIBUNAL O  DEL  ADMINISTRADOR
PUEDE RESULTAR EN LA IMPOSICION DE REMEDIOS  LEGALES  QUE  PROVEE  LA LEY DE
ASUME.

USTED DEBE  NOTIFICAR  CUALQUIER CAMBIO EN  SU DIRECCION  RESIDENCIAL O  DE
EMPLEO Y PROVEER UNA CUBIERTA DE SEGURO MEDICO A SU/S HIJOS/AS, SI ESTA DIS-
PONIBLE A UN COSTO RAZONABLE. SI HA EFECTUADO LOS PAGOS DE PENSION ALIMENTA-