IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JOSE M MERCADO PEREZ

XXX-XX-6262

**Debtor(s)**

CASE NO. 10-00184 SEK

Chapter 13

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **10/06/2011 at 09:00 A.M.** to act upon the following matters:

**DEBTOR'S POST CONFIRMATION MODIFICATION OF PLAN DATED 6/14/2011 (DKT. #20), TRUSTEE'S UNFAVORABLE RECOMMENDATION (DKT. #26), DEBTOR'S OBJECTION TO CLAIM #6 FILED BY ASUME (DKT. #25)**

San Juan, Puerto Rico, this August 01, 2011.

**MARÍA DE LOS ÁNGELES GONZÁLEZ, ESQ.**
**Clerk of the Court**

BY: **MARIBEL MONTALVO**
**Deputy Clerk**

cc: All creditors